In the Matter of the Judicial Settlement of the Account of Proceedings of Joseph W. Hicks, as Executor, etc., of John R. Remsen, Deceased. Joseph

W. Hicks, as Executor, etc., Appellant; John R. Townsend, Respondent.— Order of the Surrogate's Court of Queens county, restoring proceeding to the calendar and directing the filing of supplemental schedules, affirmed, without costs. We leave the questions raised on this appeal until after the facts are elicited upon the hearing directed by the learned surrogate.   Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.